IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA          :
                                  :          CRIMINAL ACTION
        v.                        :
                                  :          NO. 18-34-3
SHANTAL GRANT                     :

**<u>ORDER</u>**

AND NOW, this 24th  day of February, 2022, it is hereby ORDERED that Defendant's

Pro Se Emergency Motion(s) to Reduce Sentence/for Compassionate Release (Document Nos.

249, 255), it is hereby ORDERED that the Motion(s) are DENIED.

BY THE COURT:

/s/ Juan R. Sánchez
_____
Juan R. Sánchez,      C.J.